FILED
WILLIAMSPORT
AUG 20 2024
PER _____ NR _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-218 |
| v. | (Chief Judge Brann) |
| TAYLON HAMILTON, a/k/a, "Tay Tay," Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)
### (Distribution of a Controlled Substance)

On or about March 11, 2024, within the Middle District of Pennsylvania, the defendant,

**TAYLON HAMILTON,**
**a/k/a, "Tay Tay,"**

knowingly and intentionally distributed methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about March 18, 2024, within the Middle District of Pennsylvania, the defendant,

**TAYLON HAMILTON,**
a/k/a, "Tay Tay,"

knowingly and intentionally distributed methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

### COUNT 3
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

On or about March 22, 2024, within the Middle District of Pennsylvania, the defendant,

**TAYLON HAMILTON,**
a/k/a, "Tay Tay,"

knowingly and intentionally possessed with intent to distribute 50

grams and more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

COUNT 4
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about July 14, 2023, within the Middle District of Pennsylvania, the defendant,

TAYLON HAMILTON,
a/k/a, "Tay Tay,"

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Hi-Point Model C9 9mm pistol with an obliterated serial number, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(a)(8), the defendant,

**TAYLON HAMILTON,**
a/k/a, "Tay Tay,"

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms or ammunition involved in the criminal offenses. The property to be forfeited includes, but is not limited to the following, seized on or about December 26, 2023:

    a. a pink Hi-Point Model C9 9mm pistol with an obliterated

   serial number;

 b. ammunition and magazines; and

 c. digital scales.

If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████
FOREPERSON

GERARD M. KARAM
United States Attorney

*/s/ Kyle A. Moreno*
KYLE A. MORENO
Assistant United States Attorney

8-20-24
Date